# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXACTECH, INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-12441 (LSS) |
| EXACTECH, INC. AND THE AD HOC GROUP OF PREPETITION FIRST LIEN LENDERS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>JOINTMEDICA LIMITED AND JOINTMEDICA INVESTMENT HOLDINGS, L.P.,<br><br>　　　　　　　　　　Defendants. | Adv. Pro. No. 24-50297 (LSS) |

## ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The Court, having considered the *Stipulation for Extension of Time to Respond to Complaint* (the "Stipulation"), attached hereto as **Schedule 1** by and among (i) Exactech, Inc. and the Ad Hoc Group of Prepetition First Lien Lenders (the "Plaintiffs"), and (ii) JointMedica Limited and JointMedica Investment Holdings, L.P. (the "Defendants"); and the Court having determined that good and adequate cause exists for the approval of the Stipulation granted herein, pursuant to Fed. R. Bankr. P. 9006(b)(1) and Del. Bankr. L.R. 7012-2; and the Court having determined that no other or further notice of the Stipulation need be given,

---

[1] The above-captioned debtors and debtors in possession in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Osteon Holdings, Inc. (7042); Osteon Intermediate Holdings I, Inc. (7778); Osteon Intermediate Holdings II, Inc. (1292); Exactech, Inc. (3930); and XpandOrtho, Inc. (4250) (collectively, the "Debtors"). The Debtors' service address is 2320 NW 66th Court, Gainesville, Florida 32653.

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is APPROVED as set forth herein.

2. The time within which the Defendants must answer, move, or otherwise respond to the *Complaint* [D.I. 1] shall be, and hereby is, extended to and including January 30, 2025.

3. The relief granted herein is without prejudice to the Plaintiffs' and Defendants' rights to seek or oppose additional extensions of time.

4. This Order shall be effective immediately upon entry on the docket.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: January 21st, 2025**
**Wilmington, Delaware**

*[Signature]*
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**