# **SCHEDULE 1**

# **STIPULATION**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXACTECH, INC., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-12441 (LSS) |
| EXACTECH, INC. AND THE AD HOC GROUP OF PREPETITION FIRST LIEN LENDERS,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>JOINTMEDICA LIMITED AND JOINTMEDICA INVESTMENT HOLDINGS, L.P.,<br><br>　　　　　　　　　Defendants. | Adv. Pro. No. 24-50297 (LSS) |

**STIPULATION FOR EXTENSION OF TIME**
**TO RESPOND TO COMPLAINT**

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiffs Exactech, Inc. and the Ad Hoc Group of Prepetition First Lien Lenders and defendants JointMedica Limited and JointMedica Investment Holdings, L.P. ( "Defendants"), pursuant to Del. Bankr. L.R. 7012-2, that the time within which the Defendants must move, answer or otherwise

---

[1] The above-captioned debtors and debtors in possession in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Osteon Holdings, Inc. (7042); Osteon Intermediate Holdings I, Inc. (7778); Osteon Intermediate Holdings II, Inc. (1292); Exactech, Inc. (3930); and XpandOrtho, Inc. (4250) (collectively, the "Debtors"). The Debtors' service address is 2320 NW 66th Court, Gainesville, Florida 32653.

plead in response to the Complaint [Adv. D.I. 1] in the above-captioned adversary proceeding is hereby extended through and including January 30, 2025.

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| */s/ Ryan M. Bartley* | */s/ Robert C. Maddox* |
| Kevin A. Guerke (No. 4096) | Mark D. Collins (No. 2981) |
| Ryan M. Bartley (No. 4985) | Zachary I. Shapiro (No. 5103) |
| Elizabeth S. Justison (No. 5911) | Robert C. Maddox (No. 5356) |
| 1000 North King Street | David T. Queroli (No. 6318) |
| Wilmington, DE 19801 | Zachary J. Javorsky (No. 7069) |
| Telephone: (302) 571-6600 | One Rodney Square |
| Facsimile: (302) 571-1253 | 920 North King Street |
| Email: kguerke@ycst.com | Wilmington, DE 19801 |
|         rbartley@ycst.com | Telephone: (302) 651-7700 |
|         ejustison@ycst.com | Facsimile: (302) 651-7701 |
|  | Email: collins@rlf.com |
|  |         shapiro@rlf.com |
| and |         maddox@rlf.com |
|  |         queroli@rlf.com |
| **WHITE & CASE LLP** |         javorsky@rlf.com |
| Gregory F. Pesce |  |
| Erin Rosenberg |  |
| Laura E. Baccash | and |
| 111 South Wacker Drive |  |
| Chicago, IL 60606 | **MILBANK LLP** |
| Telephone: (312) 881-5400 | Evan R. Fleck |
| Email: gregory.pesce@whitecase.com | Nelly Almeida |
|         erin.rosenberg@whitecase.com | Alexander B. Lees |
|         laura.baccash@whitecase.com | 55 Hudson Yards |
|  | New York, NY 10001-2163 |
| *Attorneys for Plaintiffs* | Telephone: (212) 530-5000 |
| *Exactech, Inc.* | Email: efleck@milbank.com |
|  |         nalmeida@milbank.com |
|  |         alees@milbank.com |
|  |  |
|  | *Attorneys for Plaintiffs* |
|  | *The Ad Hoc Group of Prepetition First Lien Lenders* |

- 3 -

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Donna L. Culver*
Robert J. Dehney, Sr. (No. 3578)
Donna L. Culver (No. 2983)
Tamara K. Mann (No. 5643)
Echo Yi Qian (No. 7330)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
      tmann@morrisnichols.com
      eqian@morrisnichols.com

-and-

**KIRKLAND & ELLIS LLP**
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Casey McGushin (admitted *pro hac vice*)
David R. Gremling (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone:  (312) 862-2000
Email: chad.husnick@kirkland.com
      casey.mcgushin@kirkland.com
      dave.gremling@kirkland.com

*Attorneys for Defendants JointMedica Limited and JointMedica Investment Holdings, L.P.*

Dated: January 13, 2025