**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| EXACTECH, INC., *et al.*,[1] | ) Case No. 24-12441 (LSS) |
| Debtors. | ) |
| EXACTECH, INC. AND THE AD HOC GROUP OF PREPETITION FIRST LIEN LENDERS, | ) Chapter 11 |
| Plaintiffs, | ) |
| v. | ) |
| JOINTMEDICA LIMITED AND JOINTMEDICA INVESTMENT HOLDINGS, L.P., | ) Adv. Pro. No. 24-50297 |
| Defendants. | ) |

**NOTICE OF AGENDA OF MATTER SCHEDULED**
**FOR HEARING ON JANUARY 27, 2025 AT 2:00 P.M. (ET)**

**This hearing will be conducted via Zoom. Parties may participate or observe the hearing remotely by registering with the Zoom link below no later than Jan. 24, 2025, at 4:00 p.m.**

**To attend a hearing remotely, please register on the court's website at http://www.deb.uscourts.gov/ecourt-appearances.**

**After the deadline has passed an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**

---

[1] The above-captioned debtors and debtors in possession in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Osteon Holdings, Inc. (7042); Osteon Intermediate Holdings I, Inc. (7778); Osteon Intermediate Holdings II, Inc. (1292); Exactech, Inc. (3930); and XpandOrtho, Inc. (4250) (collectively, the "**Debtors**"). The Debtors' service address is 2320 NW 66th Court, Gainesville, Florida 32653.

**MATTER GOING FORWARD**

1. Exactech, Inc. and the Ad Hoc Group of Prepetition First Lien Lenders, Plaintiffs v. Joint Medica Limited and Joint Medica Investment Holdings, L.P., Defendants - Adversary No. 24-50297

    Related Documents:

    A. Complaint [D.I. 1 (redacted); D.I. 2 (sealed), 12/13/24]

    B. Summons and Notice of Pretrial Conference [D.I. 3, 12/15/24]

    C. Plaintiffs' Motion for an Order (I) Authorizing Filing Under Seal Certain Confidential Documents Attached to Complaint; and (II) Granting Related Relief [D.I. 6, 12/18/24]

    D. Notice of Rescheduled Pretrial Conference [D.I. 8, 1/23/25]

    E. Certification of Counsel Regarding Adversary Proceeding Scheduling Order [D.I. 12, 1/14/25]

    F. Order Approving Stipulation for Extension of Time to Respond to Complaint [D.I. 16, 1/21/25]

    Status: A certification of counsel submitting a proposed scheduling order has been filed. The pre-trial conference is going forward.

| | |
|---|---|
| Dated: January 23, 2025<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ryan M. Bartley*<br>Ryan M. Bartley (No. 4985)<br>Kevin A. Guerke (No. 4096)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6616<br>rbartley@ycst.com<br>kguerke@ycst.com<br>ejustison@ycst.com<br><br>*Co-Counsel to Exactech, Inc.* |

-and-

WHITE & CASE LLP
Gregory F. Pesce (admitted *pro hac vice*)
Erin Rosenberg (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
gregory.pesce@whitecase.com
erin.rosenberg@whitecase.com
laura.baccash@whitecase.com

*Independent Counsel and Co-Counsel to Exactech, Inc*